NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

FILED
CLERK, U.S. DISTRICT COURT
August 25, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN POWER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALPORTLAND COMPANY and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-05538-SJO-JPR<br><br>**ORDER GRANTING JOINT STIPULATION: (1) ALLOWING THE FILING OF AN AMENDED COMPLAINT DISMISSING THE FEDERAL CLAIM WITH PREJUDICE AND (2) REQUESTING THAT THE CASE BE REMANDED TO STATE COURT**<br><br>Judge: Hon. S. James Otero<br><br>Complaint Filed: June 14, 2017 |

**ORDER**

Based on the stipulation of the parties, Plaintiff may file his First Amended Complaint on CM/ECF by 8/28/17.

///

///

///

1
[PROPOSED] ORDER

In light of the fact that no federal claims remain and that virtually no litigation has proceeded in federal court, the Court declines to retain supplemental jurisdiction over this action, and this action is hereby REMANDED to state court.

**IT IS SO ORDERED.**

DATED: 8/25/17

*S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE